THE STATE OF OHIO, APPELLANT, *v.* ZACHERY, APPELLEE.

[Cite as *State v. Zachery* (1997), 79 Ohio St.3d 1205.]

(No. 96–1029—Submitted May 7, 1997—Decided June 18, 1997.)

*Mathias H. Heck, Jr.*, Montgomery County Prosecuting Attorney, and *Jeffrey M. Patzer*, Assistant Prosecuting Attorney, for appellant.

*David H. Bodiker*, State Public Defender, and *Thomas R. Wetterer, Jr.*, Assistant State Public Defender, for appellee.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

COOK, J., dissents and would reverse the judgment of the court of appeals.